## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 227 | **DATE** | 3/18/2008 |
| **CASE TITLE** | USA vs. Karl Lindell | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to defendant Karl Lindell. The Government's Motion to Seal Complaint, Affidavit, Arrest Warrant until June 16, 2008 or until the execution of the Arrest Warrant, whichever comes first, is granted.

See attached order for further detail.

No notices required

| | Courtroom Deputy | AC |
|---|---|---|