

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 227 - 1 | DATE | 3/20/2008 |
| CASE TITLE | USA vs. Karl Lindell | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 3/20/08.
The defendant is informed of his rights. Eugene Steingold is appointed counsel for defendant. Detention hearing and Preliminary examination set for 3/25/08 at 10:30 a.m. The defendant is ordered detained until further order of Court. The Government's Oral Motion to Unseal Complaint, Affidavit, and Arrest Warrant is granted. /AK/

Docketing to mail notices.

00:08

| | Courtroom Deputy Initials: | AC |
|---|---|---|