# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 227 - 1 | **DATE** | 3/25/2008 |
| **CASE TITLE** | USA vs. Karl Lindell | | |

**DOCKET ENTRY TEXT**

The Defendant waives his right to Preliminary examination. Enter a finding of probable cause. The defendant is ordered bound to the District Court for further proceedings. The Defendant waives his right to a detention hearing without prejudice to his right to address the issue of bond at a later date. The defendant is ordered detained until further order of Court. *AK*

Docketing to mail notices.

00:08

| | Courtroom Deputy Initials: | AC |
|---|---|---|