

**FILED**

APR 1 7 2008  T C

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 227 |
| | ) | |
| v. | ) | Violation: Title 21, United States |
| | ) | Code, Sections 841(a)(1) |
| KARL LINDELL, a/k/a "Bleach" | ) | |

**MAGISTRATE JUDGE KEYS**

**COUNT ONE**

**JUDGE PALLMEYER**

The SPECIAL FEBRUARY 2008-2 GRAND JURY charges:

On or about November 3, 2007, at Chicago, in the Northern District of Illinois, Eastern

Division,

KARL LINDELL, a/k/a "Bleach,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, 50

grams or more of mixtures containing cocaine base in the form of crack cocaine, a Schedule II

Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____

FOREPERSON

_____

UNITED STATES ATTORNEY