## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 227 - 1 | **DATE** | 4/18/2008 |
| **CASE TITLE** | USA vs. Karl Lindell a/k/a Bleach | | |

**DOCKET ENTRY TEXT**

By agreement, arraignment set for 4/22/2008 will be held at 1:45 PM.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|