## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 227 - 1 | **DATE** | 4/22/2008 |
| **CASE TITLE** | USA vs. Karl Lindell | | |

**DOCKET ENTRY TEXT**

Arraignment set for 4/22/2008 is stricken and reset to 4/23/2008 at 10:00 AM.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|