IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 08 CR 227 |
| | ) | Judge Pallmeyer |
| | ) | |
| KARL LINDELL, | ) | |
| | ) | |
| Defendant | ) | |

## MOTION TO WITHDRAW

Movant, Eugene Steingold respectfully moves to withdraw as attorney for defendant, KARL LINDELL. In support thereof, movant states as follows:

1. On March 20, 2008, Eugene Steingold, a panel attorney, was appointed to represent the defendant pursuant to the Criminal Justice Act.

2. On August 12, 2008, during court appearance defendant expressed dissatisfaction with counsel.

3. On August 13, 2008, Eugene Steingold met with KARL LINDELL at the Kankakee County Jail. During that meeting Mr. Lindell advised his preference for appointment of another counsel.

4. As a result, movant, Eugene Steingold feels that he is unable to further represent the defendant, KARL LINDELL.

6. This matter is presently set for status on August 28, 2008.

WHEREFORE, Eugene Steingold requests that counsel other than movant be appointed to represent the defendant.

Respectfully submitted,

s/Eugene Steingold

_____
Eugene Steingold, Court appointed attorney for KARL LINDELL

Eugene Steingold
Attorney for Defendant
111 West Washington Street
Chicago, Illinois 60602
(312) 726 1060