UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 08 CR 227 |
| Plaintiff, | ) | Honorable Judge Pallmeyer |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| KARL LINDELL, | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:    AUSA Ben Langner        Karl Lindell
        219 S. Dearborn Street    3050 Justice Way
        Chicago, Illinois 60604    Kankakee, Illinois 60901

PLEASE TAKE NOTICE that on August 28, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Pallmeyer, or any Judge sitting in her stead, in Room 2119, in the United States District Court, 219 S.Dearborn Street, Chicago, Illinois 60604 and then and there present the MOTION TO WITHDRAW, a copy of which was previously served upon you.

                                                KARL LINDELL
                                                By: s/Eugene Steingold
                                                Eugene Steingold,

## CERTIFICATE OF SERVICE

The undersigned Attorney hereby certifies that in accordance with Fed. R. Grim. P. 49, Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), MOTION TO WITHDRAW was served pursuant to the District Court's ECF system as to ECF filers and by U.S.Mail as to non-ECF filers, on August 20, 2008.

                                                Respectfully submitted,

                                                s/Eugene Steingold
                                                Attorney for Defendant
                                                111 West Washington Street
                                                Suite 1051
                                                Chicago IL 60602
                                                (312) 726-1060