# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 227 - 1 | **DATE** | 8/28/2008 |
| **CASE TITLE** | USA vs. Karl Lindell | | |

**DOCKET ENTRY TEXT**

Status hearing held on 8/28/2008. Motion to withdraw [18] granted. Eugene Steingold granted leave to withdraw. Substitute counsel to be appointed through the Federal Defender Program. Status hearing st for 9/17/2008 at 9:00. Order excludable time to begin pursuant to 18:3161(h)(8)(A)(B). (X-T)

Docketing to mail notices.

00:01

| | Courtroom Deputy Initials: | ETV |
|---|---|---|